UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SONNY DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00005-JPH-MJD |
| | ) | |
| RICHARD BROWN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DENYING MOTION TO SUBSTITUTE NOTICE OF APPEAL

This Court denied Sonny Davis's petition for a writ of habeas, and Mr. Davis filed a notice of appeal. Dkt. 22; dkt. 26. On August 13, 2020, the Seventh Circuit dismissed Mr. Davis's appeal for failure to pay the required $505 appeal fee. *Davis v. Brown*, No. 20-2156, dkt. 8 (7th Cir.). On Mr. Davis's motion, the Seventh Circuit vacated the dismissal order and recalled the mandate. *Davis v. Brown*, No. 20-2156, dkt. 9 (7th Cir.). That same day, Mr. Davis filed a motion in this Court seeking to "substitute" his previously filed notice of appeal. Dkt. 35.

Mr. Davis's motion to substitute notice of appeal, dkt. [35], is **DENIED**. His original appeal is pending in the Seventh Circuit, and the proposed substitute notice of appeal is duplicative of his original one.

**SO ORDERED.**

Date: 8/31/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

SONNY DAVIS
128888
WABASH VALLEY – CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Justin F. Roebel
INDIANA ATTORNEY GENERAL
justin.roebel@atg.in.gov